UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHARLES RIGDON,

    Petitioner,

v.                                                                 Case No. 5:10-cv-16-Oc-30GRJ

WARDEN, FCC COLEMAN - MEDIUM,

    Respondent.
_____/

## **ORDER OF DISMISSAL**

Petitioner initiated this case by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). However, Petitioner failed to pay the required filing fee or file a request to proceed as a pauper within thirty (30) days of the commencement of the case. Thus, pursuant to Rule 1.03(e) of the Local Rules of the United States District Court for the Middle District of Florida, this case is dismissed without prejudice. See also 28 U.S.C. § 1914(a).

If Petitioner decides to initiate a case, he must, within thirty days of the commencement of the new case, pay the required filing fee or file a request to proceed as a pauper. The Petition is hereby dismissed without prejudice. The Clerk is terminate this matter, together with any pending motions, and close the file.

**DONE** and **ORDERED** in Tampa, Florida on February 19, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-16.ocala rigdon.wpd